COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00666-CV |
| Style: | The Archer Group, LLC & John C. Archer II v. Chambers-Liberty Counties Navigation District |
| Date motion filed*: | August 8, 2014 |
| Type of motions: | Motion for Temporary Relief to Stay Proceedings and Enforcement of an Order |
| Parties filing motions: | Appellants |
| Document to be filed: | |

Is appeal accelerated?        Yes

Ordered that motions are:

☐ Granted

  If document is to be filed, document due:  September 3, 2014

   ☐ The Court will not grant additional motions to extend time

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐ Other: _____

**<u>Under Texas Civil Practice & Remedies Code § 51.014(a)(8), all proceedings in the trial court are automatically stayed pending resolution of this interlocutory appeal.  *See* TEX. CIV. PRAC. & REM. CODE § 51.014(b).  Accordingly, the motion for temporary relief to stay proceedings and enforcement of an order is dismissed as moot.</u>**

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
     ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date:  August 11, 2014

November 7, 2008 Revision